# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes** | **CIVIL ACTION NO: 1:21-cv-00167-JAW** |
| **Plaintiff** | **CONSENT JUDGMENT OF FORECLOSURE AND SALE** |
| vs. | **RE:**<br>**138 Smithton Road, Freedom, ME 04941** |
| **Benjamin P. Campo, Esq., Special Administrator of the Estate of Bohdon Selleck** | Mortgage:<br>**February 15, 2005**<br>**Book 2727, Page 117** |
| **Defendant** | |
| **Mortgage Electronic Registration Systems, Inc., as nominee for Accredited Home Lenders, Inc.**<br>**FIA Card Services NA**<br>**Coopers Mills Nursing Home, Inc. d/b/a Country Manor** | |
| **Parties-In-Interest** | |

Now comes the Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes, the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Bohdon Selleck, and Party-In-Interest, Mortgage Electronic Registration Systems, Inc., as nominee for Accredited Home Lenders, Inc. and Party-In-Interest, FIA Card Services NA and Party-In-Interest, Coopers Mills Nursing Home, Inc. d/b/a Country Manor and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Foreclosure and Sale is hereby **ENTERED** as follows:

. If the Defendant or his/her heirs or assigns pay Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage

Loan Trust 2005-2 Asset Backed Notes ("Deutsche Bank") the amount adjudged due and owing ($135,833.20) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, Deutsche Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $103,422.72 |
| Interest | $12,937.10 |
| Escrow/Impound Required | $11,638.26 |
| Late Fees | $32.25 |
| Advance Balance | $7,798.14 |
| Interest on Advances | $4.73 |
| Grand Total | $135,833.20 |

1. If the Defendant or his/her heirs or assigns do not pay Deutsche Bank the amount adjudged due and owing ($135,833.20) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Freedom Property shall terminate, and Deutsche Bank shall conduct a public sale of the Freedom Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $135,833.20 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 4 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Deutsche Bank may not seek a deficiency judgment against the pursuant to the Plaintiff's waiver of deficiency.

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $135,833.20.

4. The priority of interests is as follows:

    ● Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the

holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes has first priority, in the amount of $135,833.20, pursuant to the subject Note and Mortgage.

● Mortgage Electronic Registration Systems, Inc., as nominee for Accredited Home Lenders, Inc. who has been defaulted.

● FIA Card Services NA who has been defaulted.

● Coopers Mills Nursing Home, Inc. d/b/a Country Manor has the second priority behind the Plaintiff pursuant to a Writ of Execution dated June 13, 2013, in the amount of $19,056.94, as of August 3, 2021, and recorded in the Waldo County Registry of Deeds in Book 3771, Page 170.

● Benjamin P. Campo, Esq., Special Administrator of the Estate of Bohdon Selleck has the third priority behind the Plaintiff.

5. The prejudgment interest rate is 5.12500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.09%, *see* 14 M.R.S.A. §1602-C.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes c/o Select Portfolio Servicing, 3815 South West Temple Salt Lake City, UT 84115 | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, Esq., Special Administrator of the Estate of Bohdon Selleck 90 Bridge Street, Suite 100, Westbrook, ME 04092 | Pro Se |

3

PARTIES-IN-INTEREST

| | | |
|---|---|---|
| | Coopers Mills Nursing Home, Inc. d/b/a Country Manor | c/o David R. Dubord, Esq. of Gosselin & Dubord, P.A. 86 Lisbon Street P.O. Box 1081 Lewiston, ME 04243 |
| | FIA Card Services, NA 1100 North King Street Wilmington, DE 19884 | Pro Se Defaulted |
| | Mortgage Electronic Registration Systems, Inc., as nominee for Accredited Home Lenders, Inc. 1901 E. Voorhees Street, Suite C Danville, IL 61834 | Pro Se Defaulted |

a) The docket number of this case is No. 1:21-cv-00167-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 138 Smithton Road, Freedom, ME 04941, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 138 Smithton Road, Freedom, ME 04941. The Mortgage was executed by the Defendant, Bohdon Selleck on February 15, 2005. The book and page number of the Mortgage in the Waldo County Registry of Deeds is Book 2727, Page 117.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 138 Smithton Road, Freedom, ME 04941.

| | |
|---|---|
| Dated: October 6, 2021 | /s/Reneau J. Longoria, Esq. |
| | Reneau J. Longoria, Esq., Bar No. 5746 |
| | Attorney for Plaintiff |
| | Doonan, Graves & Longoria, LLC |
| | 100 Cummings Center, Suite 303C |
| | Beverly, MA 01915 |
| | (978) 921-2670 |
| | JAD@dgandl.com |
| | RJL@dgandl.com |
| | |
| Dated: August 26, 2021 | /s/Benjamin P. Campo, Esq |
| | Benjamin P. Campo, Esq., Special Administrator |
| | of the Estate of Bohdon Selleck |
| | 90 Bridge Street, Suite 100, Westbrook, ME 04092 |
| | |
| Dated: September 30, 2021 | /s/David Dubord, Esq. |
| | Coopers Mills Nursing Home, Inc. d/b/a |
| | Country Manor |
| | c/o David R. Dubord, Esq. of Gosselin & |
| | Dubord, P.A. 86 Lisbon Street P.O. Box 1081 |
| | Lewiston, ME 04243 |

SO ORDERED

Dated this 15th day of October, 2021        /s/ John A. Woodcock, Jr.
                                            JOHN A. WOODCOCK, JR.
                                            UNITED STATES DISTRICT JUDGE